**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANNA MELIS,

      Plaintiff,                           Case No.:  1:25-cv-01311

v.                                        Judge Virginia M. Kendall

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Jeffrey Cole
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## <u>NOTICE OF DISMISSAL</u>

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 19 | Fuluofanke |
| 31 | Allshope Direct |
| 32 | Shanborte |
| 34 | rwetreywertrI |
| 38 | NIKDUCK |
| 41 | xianyugongsi |
| 46 | BOTB LIHM |
| 48 | Kapihi-US |
| 51 | Urkutoba |
| 61 | Yangus |
| 62 | oelaio amaz0n prime day 2024 deals |
| 65 | AMAZ0N prime day clearance sale |
| 66 | TuXinYu ❤ Prime Day Deals Today 2024 ❤ |
| 68 | *5-15 Days Delivery Clearance Sale Save 60%* GOPEO |
| 70 | Xiaoyu 2023 |
| 83 | Nituyy |
| 85 | FULA-bao |
| 90 | Mensch ✈5-15 Days Delivery✈ |
| 92 | Sinifer(Fast delivery 7-20 days) |
| 109 | NaRHbrg |
| 124 | DDAPJ pyju Fall Fashion 2024 |

| 125 | JinHeFang |
| 126 | Jinhomg Fall Fashion 2024 |
| 127 | Fengqque |
| 129 | 2024 Fall Fashion Trends |
| 130 | Kiplyki |
| 135 | Deagia |

DATED:  March 11, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 11, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt